reversed, with ten dollars costs and disbursements, and the motion on the pleadings for judgment for the dismissal of the complaint, with costs, granted, with ten dollars costs of the motion, on the authority of *Eldred* v. *Keenan* (*ante*, p. 63), decided herewith. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Ella Pearl Elliott, as Executrix, etc., of George F. Elliott, Deceased, Respondent, v. William W. Niles and Henry B. Johnson, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Alfred C. Henning, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Rich, Stapleton and Putnam, JJ., concurred; Burr and Carr, JJ., dissented.

In the Matter of the Application of the Commissioners of the Palisades Interstate Park, Respondents, for the Condemnation of Certain Lands Situated in the County of Rockland, State of New York. Albert Francis Hagar, as Trustee, etc., and Others, Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

In the Matter of the Application of the Commissioners of the Palisades Interstate Park for the Condemnation of Certain Lands Situated in the County of Rockland, State of New York. Commissioners of Palisades Interstate Park and Others, Appellants; Herbert T. Conger and Others, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

In the Matter of the Appraisal under the Transfer Tax Law of 655 Shares of Stock of the William B. Dana Company, Held by Jacob Seibert, Jr., as Trustee, Respondent. William Sohmer, as Comptroller of the State of New York, Appellant.— Order of the Surrogate's Court of Suffolk county affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

In the Matter of a Paper Writing Propounded as the Last Will and Testament of Margaret Duffy, Deceased. Bernart Weill, Respondent; Ellen C. Duffy and Sarah M. Schnurr, Appellants. — Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

In the Matter of Supplementary Proceedings, Charles S. Gladden, Judgment Creditor, Respondent, v. Robert H. Archbold, Judgment Debtor, Appellant, Impleaded with Alice H. Archbold, Judgment Debtor. — Order reversed, with ten dollars costs and disbursements, on authority of *Schenck* v. *Irwin* (60 Hun, 361), and motion granted. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Laura Jenkins, Respondent, v. Theodore Sidney Jenkins, Appellant.— Order directing payment of alimony and counsel fee affirmed, with ten dollars costs and disbursements, and stay vacated. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.